# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EUGENE ROJAS, | Case No. 1:22-cv-00649-JLT-SKO |
| Plaintiff, | |
| v. | **ORDER TRANSFERRING CASE** |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

On May 31, 2022, Plaintiff Robert Eugene Rojas filed a complaint against Defendants County of Sacramento and Diana Patterson, along with an application to proceed *in forma pauperis*. (Docs. 1 & 2.) The complaint purports to allege claims for copyright infringement, patent infringement, and theft of trade secrets arising out of Plaintiff's receipt of mental health services from Defendants located in Sacramento County, California. (*See* Doc. 1 at pp. 3–5.)

It is apparent from a reading of Plaintiff's allegations in the complaint that the gravamen of this case arose in the Sacramento Division of the Eastern District of California, and any relationship with the Fresno Division is minimal. The County of Sacramento is a named defendant, and all of

events alleged in the complaint occurred in Sacramento County, which is part of the Sacramento Division.  For these reasons, this case should be transferred to the Sacramento Division of the Eastern Division of California.  Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the Court's own motion, be transferred to the proper court.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. This case is transferred to the Sacramento Division of the United States District Court for the Eastern District of California; and
2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

Plaintiff's request to proceed *in forma pauperis* (Doc. 2) remains pending.

IT IS SO ORDERED.

Dated: **June 3, 2022**           /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE

2